UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NAKITA BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-00956-JMS-MPB |
| ) | |
| AU HOSPITALITY, LLC ) | |
| d/b/a MOTEL 6, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| PNC Bank, N. A., ) | |
| ) | |
| Garnishee. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

Pursuant to Plaintiff's Notice of Acceptance of Offer of Judgment, entered on March 14, 2019, and the parties' Notice to the Court, entered on April 8, 2019, the Court hereby enters judgment in favor of Plaintiff and against Defendant as follows:

- $1,000.00 to the Plaintiff in back wages,

- $1,000.00 to the Plaintiff in liquidated damages, and

- reasonable attorneys' fees and costs to be assessed by the Court upon the filing of Plaintiff's Motion for Fees and Costs filed in accordance with this Court's Local Rule 54-1.

Date: 4/10/2019

*[signature]*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record.**